SIM GILL (Utah State Bar No. 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
D. Adam Miller (Utah State Bar No. 11413)
Deputy District Attorneys
Office of the Salt Lake County District Attorney
35 East 500 South
Salt Lake City, UT 84111
Telephone: (385) 468-7774
Facsimile: (385) 468-7800
E-mail: amiller@slco.org

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In re: | [**Filed Electronically**] |
| Dustin Bernell Christensen, | Bankruptcy No. 23-25146 |
| | Chapter 13 |
| Debtor(s). | |

**NOTICE OF APPEARANCE AND REQUEST FOR MATRIX ENTRY AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned is

appearing on behalf of the Salt Lake County Treasurer.

Pursuant to Bankruptcy Rules 2002(g), 3017(a) and 9007, the undersigned requests that an

entry be made on the Clerk's Matrix in this case and that all notices, given or required to be given,

and all documents, served or required to be given, be served upon:

D. ADAM MILLER
Deputy District Attorney
35 East 500 South
Salt Lake City, Utah  84114-4575
amiller@slco.org

**Filed: 12/8/2023**

DATED the 8th day of December 2023.

SIM GILL
Salt Lake District Attorney

/s/ D. ADAM MILLER
D. ADAM MILLER
Deputy District Attorney

CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing **NOTICE OF
APPEARANCE AND REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE
OF NOTICES AND DOCUMENTS**, was delivered as noted below, to the following this 8th day
of December 2023.

Lon Jenkins, Trustee
(Received Electronically)

PRO SE
(Received Electronically)

/s/ Carolina Aguirre

Paralegal

Filed:  12/8/2023